JAMES F. GAVIN, a Taxpayer of the County of Rensselaer, Appellant, v. THE BOARD OF SUPERVISORS OF RENSSELAER COUNTY and Others, Respondents.— Judgment affirmed, with costs and disbursements, on the opinion of Chester, J., at Trial Term. (Reported in 93 Misc. Rep. 264.) All concurred, except Cochrane, J., who dissented.

FLORENCE HAMMOND, Respondent, v. EDWARD LAVERY, Individually and as Administrator, etc., and Others, Defendants, Impleaded with LILLIAN B. LAVERY, Appellant.— Judgment unanimously affirmed, with costs.

WILLIAM H. JENKINS, Respondent, v. CHESTER B. TEED, Appellant. — Judgment and order unanimously affirmed, with costs. ·

WILLIAM J. LEONARD and MARIETTA LEONARD, Respondents, v. ETTA DU BOIS WOOD, Appellant.— Judgment and order unanimously affirmed, with costs.